```
                                              Priority  ✓
                                              Send      ✓
                                              Enter
         UNITED STATES DISTRICT COURT         Closed
         CENTRAL DISTRICT OF CALIFORNIA       JS-5/JS-6
                                              JS-2/JS-3
                                              Scan Only
```

### CIVIL MINUTES - GENERAL

Case No.: CV00-8869-GHK(RCx)                    August 20, 2001


TITLE:   AL CRESPO, et al. v. CITY OF LOS ANGELES, et al.

===================================================================
DOCKET ENTRY


===================================================================
PRESENT:

         HON. ROSALYN M. CHAPMAN, U.S. MAGISTRATE JUDGE

Debra Taylor-Spears                 01-02
Deputy Clerk                        Tape No./Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS
Michael H. Diamond                  James Axtell
Mark D. Rosenbaum
Sharon E. Jackson

PROCEEDINGS: TELEPHONIC CONFERENCE

    The telephonic conference was held on August 20, 2001.  Michael H.
Diamond, Mark D. Rosenbaum and Sharon E. Jackson appeared via telephone on
behalf of the plaintiffs.  James Axtell appeared via telephone on behalf of
the defendants.  The parties advised the Court of the settlement and the
Court discussed the timing of the dismissal.

                                            Initials of Deputy Clerk _____


cc: Parties of record



MINUTES FORM II
CIVIL-GEN