THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

```
AL CRESPO, ET AL,              )
                               )
              Plaintiff,       )
                               )
      v.                       )   CASE CV 00-8869 GHK (RCx)
                               )
                               )   ORDER OF DISMISSAL
CITY OF LOS ANGELES, ET AL,    )   UPON SETTLEMENT
                               )
              Defendant,       )
                               )
```

___ Priority
✓ Send
___ Clsd
✓ Enter
✓ JS-5/JS-6
___ JS-2/JS-3

The parties having gone before Magistrate Judge Chapman for settlement conference, and the that the above-entitled action having settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown **within  60  days**, to reopen the action if settlement is not consummated.

Dated: 8/24/01

GEORGE H. KING
U.S. DISTRICT JUDGE

___ Docketed
___ Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

43